UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILVERTO HERRERA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANCEONE RECEIVABLE MANAGEMENT, INC., *et al.*, <br><br> Defendants. | Civil No. 14-CV-1844-BTM (WVG) <br><br> **ORDER DENYING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS** <br><br> [DOC. NO. 76] |

On April 4, 2016, Plaintiffs filed a Request to Seal Documents. (Doc. No. 76.) In their Request, Plaintiffs fail to provide any information as to what documents they are asking to file under seal. They simply state that they want to "file private documents or to file confidential documents produced pursuant to a protective order." Id. at 1. Plaintiffs note that they have filed a number of "discovery Requests or Statements" with the Court, and that they intend to file "Motions" that rely on confidential documents produced by Defendant, and "documents" that contain Plaintiffs' personal and private information. Id.

"Unless a particular court record is one 'traditionally kept secret,' a 'strong presumption in favor of access' is the starting point." Kamakana v. City and Cnty. of Honolulu, 447 F.3d 1172, 1179 (9th Cir. 2006) (quoting Foltz v. State Farm Mut. Auto

Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003).  Here, there is no way for the Court to evaluate whether the documents that Plaintiffs seek to seal are traditionally kept secret, as Plaintiffs have provided no insight into their request.

Plaintiffs have failed to show any good cause to grant a request to seal any documents, and therefore, Plaintiffs' Request is **DENIED**.

IT IS SO ORDERED.

DATED: April 6, 2016

_____
Hon. William V. Gallo
U.S. Magistrate Judge